UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| ERIN HAMILTON,<br><br>     PLAINTIFF,<br><br>V.<br><br>LVNV FUNDING, LLC and<br>PROTAS, SPIVOK & COLLINS, LLC,<br><br>     DEFENDANTS. | CIVIL ACTION NO: 1:18-CV-01384 (RMC) |

**CONSENT MOTION TO EXTEND TIME FOR DEFENDANT
LVNV FUNDING, LLC TO ANSWER PLAINTIFF ERIN HAMILTON'S COMPLAINT**

Defendant LVNV Funding, LLC ("LVNV"), by its undersigned counsel, hereby moves pursuant to Federal Rule of Civil Procedure 6(b)(1) and Local Civil Rule 7(m) for a one month extension of the time to answer or otherwise respond to the Complaint against it.  In support of this unopposed Motion, LVNV respectfully states as follows:

1. The Complaint against LVNV was filed on June 11, 2018 and LVNV was served with the summons on July 16, 2018.

2. On August 6, 2018, having just retained counsel, LVNV moved on consent for an extension of its deadline to respond to the Complaint.  The Court granted that motion, in part, on August 7, 2018 and set a deadline for LVNV to respond to the Complaint of September 6, 2018.

3. The Complaint alleges that LVNV "had no documentation of the underlying debt [and] no documentation that LVNV even had the right to collect on the debt." Compl. ¶4.

4. Since being retained, LVNV's counsel has worked with LVNV to evaluate the facts relevant to the claims in the Complaint. On August 23, 2018, LVNV proffered to Plaintiff's counsel the documents and records in its possession relevant to the claims asserted. LVNV and Plaintiff have also received the documents produced by Bank of America N.A. pursuant to the subpoena served by Defendant Protas, Spivak & Collins LLC.

5. Plaintiff's counsel have informed LVNV that they require additional time to review and consider the documents proffered by LVNV and produced by Bank of America N.A. As a result, Plaintiff and LVNV have agreed to extend LVNV's deadline to respond to the Complaint to permit them the opportunity to evaluate these documents and discuss how to proceed with this matter.

6. LVNV's counsel is informed by counsel for Defendant Protas, Spivok & Collins LLC ("Protas") that Protas does not object to the requested extension.

7. LVNV therefore requests a one month extension of its deadline to answer or otherwise respond to the Complaint in this action to October 5, 2018 and good cause exists for the Court to grant this Motion.

8. A scheduling order has not yet been issued and therefore this extension will not impact any other established deadlines.

9. As discussed above, this is LVNV's second motion to extend time to respond to the Complaint.

WHEREFORE, for the foregoing reasons, good cause exists for the requested extension and LVNV respectfully requests that this Court grant this Motion and order that LVNV's deadline to answer or otherwise respond to the Complaint in this case is extended to October 5, 2018.

Dated:  September 4, 2018

                      Respectfully Submitted,

                      CLEARY GOTTLIEB STEEN & HAMILTON LLP

                      /s/ Nowell D. Bamberger
                      Nowell D. Bamberger (D.C. Bar No. 989157)
                          A Member of the Firm
                      2000 Pennsylvania Ave, NW
                      Washington, D.C. 20006
                      Tel.: 202-974-1500
                      Fax: 202-974-1999
                      nbamberger@cgsh.com

                      Thomas J. Moloney (*pro hac vice pending*)
                      One Liberty Plaza
                      New York, New York
                      Tel.: 212-225-2000
                      Fax: 212-225-3999
                      tmoloney@cgsh.com

                      *Attorneys for LVNV Funding, LLC*

## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA
## CIVIL DIVISION

| | |
|---|---|
| ERIN HAMILTON,<br><br>  PLAINTIFF,<br><br>V.<br><br>LVNV FUNDING, LLC and PROTAS SPIVOCK & COLLINS LLC,<br><br>  DEFENDANTS. | CIVIL ACTION NO: 1:18-CV-01384 (RMC) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF CONSENT MOTION TO EXTEND TIME FOR DEFENDANT LVNV FUNDING, LLC TO RESPOND TO PLAINTIFF'S COMPLAINT**

  In support of its Motion to Extend Time to Respond to Plaintiff's Complaint, Defendant LVNV Funding LLC ("LVNV") relies on the following facts and points of law:

1.  The reasons set forth in the Consent Motion.

2.  Federal Rule of Civil Procedure 6(b)(1), pursuant to which the Court may, for good cause, extend the time to do an act with or without motion or notice if a request is made, as this request is, before the original time or its extension expires.

3.  Local Civil Rule 7, which governs the filing of motions including Rule 7(m) concerning the obligation to confer with respect to dispositive motions.

4.  The inherent powers of the Court.

Dated:  September 4, 2018

        Respectfully Submitted,

        CLEARY GOTTLIEB STEEN & HAMILTON LLP

        /s/ Nowell D. Bamberger
        Nowell D. Bamberger (DC Bar No. 989157)
           A Member of the Firm
        2000 Pennsylvania Ave, NW
        Washington, D.C. 20006
        Tel.: 202-974-1500
        Fax: 202-974-1999
        nbamberger@cgsh.com

        Thomas J. Moloney (*pro hac vice pending*)
        One Liberty Plaza
        New York, New York
        Tel.: 212-225-2000
        Fax: 212-225-3999
        tmoloney@cgsh.com

        *Attorneys for LVNV Funding, LLC*