UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ERIN HAMILTON,<br><br>Plaintiff,<br><br>v.<br><br>LVNV FUNDING, LLC and PROTAS SPIVOK & COLLINS, LLC<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 18-1384 (RMC)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

Having been advised by the parties that this action has been settled, it is hereby

**ORDERED** that the case is **DISMISSED**. The dismissal shall be without prejudice from now through **January 28, 2019**. If settlement is not consummated by that date, either party may reopen the action upon motion approved by the Court. Should counsel fail to move to reopen the case within the prescribed period, the case shall, without further order, stand dismissed <u>with</u> prejudice; and it is

**FURTHER ORDERED** that all pending deadlines are **VACATED**.

This case is closed.

Date: December 12, 2018

_____/s/_____
ROSEMARY M. COLLYER
United States District Judge